No. 1477, Misc. TURNER v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 38. PROTECTIVE COMMITTEE FOR INDEPENDENT STOCKHOLDERS OF TMT TRAILER FERRY, INC. v. ANDERSON, TRUSTEE IN BANKRUPTCY, ET AL., 390 U. S. 414; and

No. 528. BERGUIDO ET AL. v. EASTERN AIRLINES, INC., 390 U. S. 996. Petitions for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these petitions.

No. 1018. MASTERSON v. UNITED STATES, 390 U. S. 954. Motion for leave to file petition for rehearing denied.

No. 709, Misc. SAAL v. UNITED STATES, 390 U. S. 1015. Petition for rehearing denied.

MAY 10, 1968.

No. 1732, Misc. McCAMMON v. UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.

MAY 14, 1968.

No. 1779, Misc. BRYANT v. MARYLAND. Baltimore City Ct. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.